■ In the Matter of THOMAS R. McCARTHY, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DIS-

TRICT, Petitioner. [18 NYS3d 904]—Order of suspension entered pursuant to 22 NYCRR 1022.20 (e). Present—Centra, J.P., Peradotto, Lindley and Whalen, JJ. (Filed Oct. 28, 2015.)